IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MCMURTRIE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 09-cv-944 |
| SPECIALTY MINERALS, INC. | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 13th day of August, 2009, upon consideration of Defendant Specialty Minerals, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's Response thereto (Doc. No. 10), and Defendant's Reply Brief (Doc. No. 13), it is ORDERED that Defendant's Motion (Doc. No. 9) is GRANTED. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to CLOSE this case for statistical purposes.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.